John Maischaider et al., appellees, v. August Torpe and Louis Torpe, appellants. Gen. No. 28,818.

Bill for accounting against trusted agents in real estate transaction, alleging secret profit. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1923. *Certiorari* denied by Supreme Court (making opinion final).

J. M. Camelon, for appellants. Timothy F. Mullen, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Louise Olson, appellee, v. Chicago Mutual Life Company, appellant. Gen. No. 28,840.

Order granting nonsuit after trial without jury. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.

Robert W. Dunn, for appellant; Alvah P. Cady, of counsel. Stebbins, Garey, L'Amoreaux & Hurtubise, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Charlotte M. Weightman, appellee, v. Morris Goldman, appellant. Gen. No. 28,705.

Action to recover for services in procuring tenant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924.

Julius B. Rubenstein, for appellant. William T. Dickerman, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

Fred Thoma, defendant in error, v. Fred W. Gehrer, plaintiff in error. Gen. No. 28,715.

Attachment suit. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed March 11, 1924.

Adams, Follansbee, Hawley & Shorey, for plaintiff in error; Samuel Adams, Melvin M. Hawley and Howard H. Wikoff, of counsel. Novak & Novak, for defendant in error.

Mr. Justice Fitch delivered the opinion of the court.